
RECEIVED
IN LAKE CHARLES, LA

SEP 2 0 2006

ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAKE CHARLES DIVISION**

| | |
|---|---|
| THEO ALLEN | CIVIL ACTION NO. 2:06CV0662 |
| VERSUS | JUDGE TRIMBLE |
| TERRY TERRELL, WARDEN | MAG. JUDGE WILSON |

### CERTIFICATE OF APPEALABILITY

A final order having been filed in the above-captioned habeas case, the court, considering the record in this case and the requirements of 28 U.S.C. § 2253, hereby finds that:

✓ The certificate of appealability is DENIED because the applicant has failed to demonstrate a substantial showing of the denial of a constitutional right.

___ The certificate of appealability is GRANTED for the below reasons:

The applicant has made a substantial showing that the following issues constitute a denial of a constitutional right:

Signed at _Lake Charles_, Louisiana, this _20th_ day of _September_, 2006.

JAMES T. TRIMBLE, JR.
UNITED STATES DISTRICT JUDGE